JOHN SLOAN et al., Copartners under the Name of SLOAN & ROBERTSON, Appellants-Respondents, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 25816.) —

Crapser, Heffernan and Schenck, JJ., concur; Hill, P. J., and Bliss, J., dissent, upon the same grounds mentioned in *Dusenbury* v. *State of New York* [*ante,* p. 889], decided herewith.